1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7     U-TEC GROUP INC.,                              Case No.  23-cv-06673-JD

                  Plaintiff,
8
                                                     **ORDER RE SERVICE**
9            v.

10    PINE LOCKS,

11                Defendant.

12

13           In this patent dispute, plaintiff U-Tec Group Inc. has asked the Court to appoint a special

14    process server to effectuate service on foreign defendant Pine Locks, which is said to be an Isle of

15    Man corporation that may be served pursuant to the Hague Convention.  Dkt. No. 12.  U-Tec's ex

16    parte application for a temporary restraining order against Pine Locks is pending.  Dkt. No. 5.

17    Counsel for U-Tec represents that he communicated with an attorney "who has made clear that he

18    represents Pine Locks and is authorized to negotiate settlement on behalf of Pine Locks," but

19    declines to accept service of the complaint.  Dkt. No. 5-5 ¶¶ 3, 5.

20           Rather than put the case through the complications of overseas service, and attendant

21    delays, service is ordered on Pine Locks' attorney pursuant to Federal Rule of Civil Procedure

22    4(f)(3).  "In situations like this, service on a foreign corporation's counsel in the United States is

23    an effective and reasonable method, and is not prohibited by the Hague Convention." *Xilinx, Inc.*

24    *v. Godo Kaisha IP Bridge 1*, 246 F. Supp. 3d 1260, 1264 (N.D. Cal. 2017).  Service on Pine

25    Locks' attorney is "reasonably calculated, under all the circumstances, to apprise interested parties

26    of the pendency of the action and afford them an opportunity to present their objections." *Reflex*

27    *Media, Inc. v. SuccessfulMatch.com*, No. 20-cv-06393-JD, 2021 WL 275545, at *2 (N.D. Cal. Jan.

28    27, 2021) (quoting *Rio Properties, Inc. v. Rio In'l Interlink*, 284 F.3d 1007, 1016 (9th Cir. 2002)).

United States District Court
Northern District of California

1      Consequently, service of the summons and complaint, and the ex parte motion, is ordered

2   on attorney Zac Garthe.  U-Tec should arrange for personal service, with copies also sent by

3   registered mail through the U.S. Postal Service, on attorney Garthe at Copernicus Law, 445

4   Broadway, Denver, Colorado 80203.  Any objections to service may be filed within 10 days of the

5   filing of a proof of service on the docket.

6          **IT IS SO ORDERED.**

7   Dated: January 8, 2024

8

9                                                                      _____

10                                                                     JAMES DONATO
                                                                       United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2